■ Also inadequate is defendant's point his counsel failed to interview prospective state witnesses. As ruled in *Rice v. State*, 585 S.W.2d 488[1–3] (Mo. banc 1979):

> "The claim that an attorney's investigation of a case is inadequate must allege what specific information the attorney failed to discover, that reasonable investigation would have disclosed that information and that the information would have aided or improved appellant's position."

See also *Tollison v. State*, 556 S.W.2d 455[1, 2] (Mo.App.1977).

We hold defendant has failed to meet his burden to show the motion court's ruling was clearly erroneous. Rule 27.26(j).

Affirmed.

DOWD, P.J., and CRIST, J., concur.

ORDER

PER CURIAM:

Appeal from convictions of two counts of robbery in the first degree, § 569.020, RSMo 1978; two counts of kidnapping, § 565.110, RSMo 1978; and one count of armed criminal action, § 571.015, RSMo 1978 for which he was sentenced to imprisonment for a term of ten (10) years on each of the robbery counts, said sentences to run concurrently; five (5) years on each of the kidnapping counts, said sentences to run consecutively with the sentences imposed on the robbery counts; and three (3) years on the armed criminal action count, said sentence to run concurrently with the sentences imposed on the robbery and kidnapping counts, for a total of fifteen (15) years.

Affirmed. Rule 30.25(b)

---

**STATE of Missouri, Respondent,**

v.

**Anthony Lamont ALLEN, Appellant.**

**No. 48629.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 8, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Feb. 28, 1985.

Application to Transfer Denied
April 2, 1985.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**STATE of Missouri, Respondent,**

v.

**William D. GRAY, Appellant.**

**No. WD 35438.**

Missouri Court of Appeals,
Western District.

Jan. 8, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied
March 5, 1985.

Application to Transfer Denied
April 2, 1985.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.